**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01282-LTB-KMT

CUE SPORTS INTERNATIONAL, LLC, a Nevada Limited Liability Company,
    Plaintiff,

v.

BILLIARD CONGRESS OF AMERICA, an Iowa Not-for-Profit Corporation,
    Defendant,

BILLIARD CONGRESS OF AMERICA, an Iowa Not-for-Profit Corporation,
    Counterclaim Plaintiff,

v.

CUE SPORTS INTERNATIONAL, LLC, a Nevada Limited Liability Company,
MARK GRIFFIN, an individual,
    Counterclaim Defendants.

___

## MINUTE ORDER
___
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant/Counterclaim Plaintiff Billiard Congress of America's Unopposed Motion for Order Authorizing the Issuance of a Summons to Counterclaim Defendant Mark Griffin (Doc 5 - filed August 28, 2008) is **GRANTED**. The Clerk of the Court shall promptly issue the summons provided by BCA.

Dated: September 2, 2008
___