IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01282-LTB-KMT

CUE SPORTS INTERNATIONAL, LLC, a Nevada Limited Liability Company,
      Plaintiff,

v.

BILLIARD CONGRESS OF AMERICA, an Iowa Not-for-Profit Corporation,
      Defendant,

BILLIARD CONGRESS OF AMERICA, an Iowa Not-for-Profit Corporation,
      Counterclaim Plaintiff,

v.

CUE SPORTS INTERNATIONAL, LLC, a Nevada Limited Liability Company,
MARK GRIFFIN, an individual,
      Counterclaim Defendants.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion for Leave to File Amended Complaint (Doc 26 - filed December 2, 2008) is **DENIED WITHOUT PREJUDICE** for failure to comply with D.C.COLO.LCivR 7.1A.

Dated: December 3, 2008
_____