IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01282-LTB-KMT

CUE SPORTS INTERNATIONAL, LLC, a Nevada Limited Liability Company,
    Plaintiff,

v.

BILLIARD CONGRESS OF AMERICA, an Iowa Not-for-Profit Corporation,
    Defendant,

BILLIARD CONGRESS OF AMERICA, an Iowa Not-for-Profit Corporation,
    Counterclaim Plaintiff,

v.

CUE SPORTS INTERNATIONAL, LLC, a Nevada Limited Liability Company,
MARK GRIFFIN, an individual,
    Counterclaim Defendants.

_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Second Motion for Leave to File Amended Complaint (Doc 29 - filed December 3, 2008) is **GRANTED** and the Amended Complaint is accepted for filing.

Dated: December 4, 2008
_____