**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01282-LTB-KMT

CUE SPORTS INTERNATIONAL, LLC, a Nevada Limited Liability Company,
    Plaintiff,

v.

BILLIARD CONGRESS OF AMERICA, an Iowa Not-for-Profit Corporation,
    Defendant,

BILLIARD CONGRESS OF AMERICA, an Iowa Not-for-Profit Corporation,
    Counterclaim Plaintiff,

v.

CUE SPORTS INTERNATIONAL, LLC, a Nevada Limited Liability Company,
MARK GRIFFIN, an individual,
    Counterclaim Defendants.

___

## ORDER OF DISMISSAL
___

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 38 - filed March 30, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED: March 31, 2009